UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY LOCRICCHIO et al.,

    Plaintiffs,

v

KNOLLWOOD MEMORIAL PARK
CEMETERY ASSOCIATION et al.,

    Defendants.

CASE NO. 06-12015

PAUL D. BORMAN

_____/

## ORDER OF REMOVAL OF ACTION AS A PENDING MATTER

    This court, having entered an Order Staying the Case on July 10, 2006 pending settlement discussions of the parties; and there appearing to be no further reason at this time to maintain the file as an open case for statistical purposes;

    **IT IS ORDERED** that the Clerk submit a JS-6 form to the Administrative Office to close this matter for statistical purposes.  Nothing contained in this Order or the related docket entry shall be considered a dismissal or disposition of this matter, and, should further proceedings become necessary or desirable, any party may initiate them upon termination of the appeal in the same manner as if this Order had not been entered, and the Court will order that the matter be reopened for statistical purposes.

    **IT IS SO ORDERED.**

                                  s/Paul D. Borman
                                  PAUL D. BORMAN
                                  UNITED STATES DISTRICT JUDGE

Dated:  July 31, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 31, 2006.

s/Denise Goodine

Case Manager